IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVANGALINE CANTON, individually, and on behalf of and as Representative of the Estate of Kristen Fonseca, deceased; ;MARIO ALBERTO CANTON; MONIQUE R. SANCHEZ; KEVIN M. FONSECA, JR.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>PRIME INSURANCE COMPANY, ORM, INC., dba OFFSHORE RISK MANAGEMENT; BRUCE A. WOODS; DOE DEFENDANTS 1-20, inclusive ,<br><br>      Defendants. | CV 13-00096 SOM-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 27, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Plaintiffs' Motion to Remand be Granted " are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 16, 2013.



    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

CANTON, ET AL. vs. PRIME INSURANCE COMPANY, ORM, INC. CV 13-00096 SOM-BMK, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION